**UNITED STATES of America, Appellee,**

v.

**Kevin PARHAM, Appellant.**

**No. 07–1475.**

United States Court of Appeals, Eighth Circuit.

Submitted: March 26, 2008.

Filed: March 31, 2008.

Ann M. Koszuth, Asst. Fed. Public Defender, Springfield, MO (Raymond C. Conrad, Jr., Fed. Public Defender, Kansas City, MO, on the brief), for appellant.

Earl W. Brown III, Asst. U.S. Atty., Springfield, MO, for appellee.

Before BYE, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate Kevin Parham appeals the district court's[1] order committing him under 18 U.S.C. § 4245, which provides for

---

1. The Honorable Richard E. Dorr, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable James C. England, United States Magistrate Judge for the Western District of Missouri.

the hospitalization of an imprisoned person suffering from a mental disease or defect, until he no longer needs treatment or his prison sentence expires, whichever occurs first. Following careful review, we conclude that the district court's section 4245 finding was not clearly erroneous given the unanimous opinion of the mental health professionals, and Parham's reported delusions and his past aggressive behavior. *See* 18 U.S.C. § 4245(d) (determination of mental illness and treatment need, and burden of proof); *United States v. Bean,* 373 F.3d 877, 879 (8th Cir.2004) (standard of review); *United States v. Eckerson,* 299 F.3d 913, 914–15 (8th Cir.2002) (per curiam) (upholding commitment order based on opinion of prison hospital staff, despite inmate's denial of mental illness).

Accordingly, we affirm the judgment of the district court and grant counsel's motion to withdraw.